Bar Docket No. 04265

In the Matter of J.O. BIGGS, *Respondent.*
(926 P.2d 1325)

IT IS THEREFORE ORDERED that J.O. Biggs be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of J.O. Biggs from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to re-

spondent, and that respondent forthwith shall comply with Supreme Court Rule 218 (1995 Kan. Ct. R. Annot. 222).

DATED this 8th of August, 1996.